IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATCITY INVESTMENTS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-0639 |
| MARK A. KOVACS, | ) ) | |
| Defendant. | ) ) | |

## ORDER

AND NOW, this 14th day of May, 2008, upon consideration of Plaintiff's Motion to Expedite Discovery [Doc. No. 5] and Plaintiff's Motion for an Order Preserving Documents, [Doc. No. 6], the motions are DENIED as moot as this matter will proceed before the Financial Industry Regulatory Authority ("FINRA").

BY THE COURT:

_____, J.

cc: All Counsel of Record