IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATCITY INVESTMENTS, INC., )
    Plaintiff, )
     )
    V. ) Civil Action No. 08-639
     )
MARK A. KOVACS, )
    Defendant. )

<u>ORDER OF COURT</u>

AND NOW this 3rd day of June, 2008, before the court is plaintiff's Motion to Dissolve the Temporary Restraining Order [document #13]. Upon review of the motion, it appears that parties will proceed to a hearing before the Financial Industry Regulatory Authority, the disposition of which will have a direct bearing on the instant case. Thus, there is no further action needed by the court at this time.

Therefore, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED and the Temporary Restraining Order entered in this matter on May 14, 2008 is dissolved and the bond posted by NatCity Investments, Inc. in connection with that order is released.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED. Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record